**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)


2004 NOV 29 P 3: 50

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

July 1, 2004

Walter Hussey, Esq.
142 Jefferson Street
Hartford, CT 06106

    Re: Case Name: USA v Reynaldo Arroyo
        Number: 3:01cr179 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Defendant's Exhibits A,B,C,D,E,F,G,H,I,J,K

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                Sincerely,

                Kevin F. Rowe, Clerk

              BY _[signature]_
                  Alice Montz
                  Deputy Clerk

ACKNOWLEDGMENT: _[signature]_   DATE: 11/29/04