DATE: 4-20-2005.   -1-

NOTICE OF MOTION FOR EXTENSION OF TIME IN WICH TO TAKE AN APPEAL PURSUANT TO CONNECTICUT CRIM. PROC. LAW.

DISTRICT COURT OF THE STATE OF CONNECTICUT APPELLATE DIVISION NEW YORK DEPARTMENT.

People OF THE STATE OF CONNECTICUT
PLAINTIFFS - RESPONDENTS,

— AGAINST —

DEFENDANT - APPELLANT.
REYNALDO ARROYO.

INDICTMENT NO.
#3:03-CR-00179-SRU-All

FILED 2005 APR 24 P 2:32 US DISTRICT COURT BRIDGEPORT CONN

NOTICE OF MOTION FOR EXTENSION OF TIME TO APPEAL PURSUANT TO CRIMINAL PROCEDURE LAW.

PLEASE TAKE NOTICE, THAT UPON THE ANNEXED AFFIDAVIT OF REYNALDO ARROYO SWORN ON THE 20TH DAY OF April 2005 AND UPON ALL THE PROCEEDINGS IN THIS CASE, A MOTION PURSUANT TO SECTIONS OF THE CRIMINAL PROCEDURE LAW OF THE STATE OF CONNECTICUT IS MADE TO THIS HONORABLE COURT FOR AN ORDER REINSTATING THE TIME FOR TAKING AN APPEAL FROM THE JUDGMENT/SENTENCE/ORDER IMPOSED BY THE DISTRICT COURT OF THE COUNTY OF

FAIRFIELD RENDERED ON THE 30TH DAY OF JUNE 2004. UPON CONVICTION OF THE ABOVE NAMED DEFENDANT OF THE CRIME DOCK # 3:03-CR-00179-SRU-ALL, UPON THE GROUND THAT SAID DEFENDANT FAILURE TO FILE A NOTICE OF APPEAL IN A TIMELY FASHION RESULTED FROM THE CONDUCT OF ATTORNEY M.R. WALTER D. HUSSEY, ADDRESS 92-94 HUNGERFORD ST, HARTFORD, CT. 06106 TEL # 860-247-1331 FAX # 860-722-9671, STATING ON RECORD THAT ABOVE ATTORNEY IN FAILING TO FILE A NOTICE OF APPEAL AS DEFENDANT HAD REQUESTED, AND FOR SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY DEEM JUST AND PROPER.

DATED: 4-20-2005.

X _____
DEFENDANT-APPELLANT

TO: HONORABLE JUSTICE
   STEFAN R. UNDERHILL
   915 LAFAYETTE BOULEVARD
   BRIDGEPORT, CT. 06604.

TO: CLERK OF THE COURT
   DISTRICT COURT
   APPELLATE COURT

TO: DISTRICT ATTORNEY

-3-

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS, PRE PAID POST / OR HAND DELIVERED ON THIS 20TH DAY OF APRIL 2005 TO THE FOLLOWING PARTIES ON RECORD.

X _____
REYNALDO ARROYO

TO: HONORABLE JUSTICE:
   STEFAN R. UNDERHILL
   915 LAFAYETTE B.L.V.D.
   BRIDGEPORT CT. 06604.

TO: CLERKS OF THE COURT:
   DISTRICT ATTORNEY
   915 LAFAYETTE B.L.V.D.
   BRIDGEPORT CT. 06604.

TO: ATTORNEY AT LAW:
   MR. WAITER D. HUSSEY
   92-94 HUNGERFORD ST.
   HARTFORD, CT. 06106

DATED ON: 4-20-2005

X _____
REYNALDO ARROYO
1153 EAST ST. SOUTH
SUFFIELD, CT. 06080.