DATE: 4-20-2005   -1-

AFFIDAVIT IN SUPPORT OF MOTION FOR
EXTENSION OF TIME TO TAKE APPEAL.

FILED 05 APR 26 P 2:32 U.S. DISTRICT COURT BRIDGEPORT, CONN

DISTRICT COURT OF CONNECTICUT
APPELLATE DIVISION DEPARTMENT (N.Y.)

THE PEOPLE OF THE STATE OF CONNECTICUT (USA)
   RESPONDENTS

—AGAINST—

DEFENDANT — APPELLANT
REYNALDO ARROYO

INDICTMENT NO.
#3:03-CR-00179-SRU-A11

## AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO APPEAL PURSUANT TO CRIMINAL PROCEDURE LAW.

REYNALDO ARROYO, BEING DULY SWORN, DEPOSES AND SAYS:

   THAT I AM THE DEFENDANT HEREIN SUBMIT THIS AFFIDAVIT IN SUPPORT OF MY APPLICATION FOR LEAVE TO SERVE A NOTICE OF APPEAL WITHIN THIRTY (30) DAYS AFTER THE JUDGMENT.

   I AM PRAYING FOR AN ORDER OF THIS HONORABLE COURT PERMITTING ME TO FILE PURSUANT TO SECTIONS OF THE CRIMINAL PROCEDURE LAW OF THE STATE OF

-2-

CONNECTICUT.

ON JUNE 30, 2004 A JURY CONVICTED ME OR I WAS CONVICTED OF 18;922 G, UNLAWFUL TRANSPORT OF FIREARMS, ECT. JUDGE STEFAN R. UNDERHILL. I RECEIVED A SENTENCE OF 51 MONTHS IMPRISONMENT; 3 YEARS SUPERVISED RELEASE WITH SPECIAL CONDITIONS; $1,200 FINE; $100 SPECIAL ASSESSMENT, FROM HONORABLE JUSTICE STEFAN R. UNDERHILL.

I FAILED TO FILE MY NOTICE OF APPEAL WITHIN THIRTY (30) DAYS BECAUSE OR RESULTED FROM THE CONDUCT OF ATTORNEY M.R. WALTER D. HUSSEY, 92-94 HUNGERFORD ST HARTFORD CT. 06106 TEL.# 860-247-1331 FAX # 860-722-9671, STATING ON RECORD THAT ABOVE ATTORNEY IN FAILING TO FILE A NOTICE OF APPEAL AS DEFENDANT HAD REQUESTED, AND FOR SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY DEEM JUST AND PROPER.

WHEREFORE, I RESPECTFULLY URGE THIS HONORABLE COURT TO EXTEND THE TIME WITHIN WICH A NOTICE OF APPEAL MAY BE SERVED AND FILER PURSUANT TO CRIMINAL PROCEDURE LAW AND ISSUE AN ORDER GRANTING THIS APPLICATION PERMITTING ME TO SERVE AND FILE A NOTICE OF APPEAL WITHIN THIRTY DAYS FROM THE DATE OF SAID ORDER AND FOR SUCH OTHER RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

MOVANT PRAYS THAT THE COURT GRANT HIM ALL

-3-

Relief to wich he may be entitled in this proceeding. <u>People v. Nunez</u>, 178 A.D 2d 1029, 578 N.Y.S. 2d 780 (1991) <u>People v. Zanhi</u> 159 A.D. 2d 1030, 552 NY.S 2d 463 (1990).

I declare under penalty of perjury that the foregoing is true and correct.

Dated on 4-20-2005

X [signature]
Mac-Dougal C.I
1153 East St. South
Suffield, CT. 06080

# CERTIFICATION

-4-

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS, PRE PAID POST/OR HAND DELIVERED ON THIS 20TH DAY OF APRIL 2005 TO THE FOLLOWING PARTIES ON RECORD:

X _____
REYNALDO ARROYO

TO: HONORABLE JUSTICE:
STEFAN R. UNDERHILL
915 LAFAYETTE B.L.V.D.
BRIDGEPORT, CT. 06604.

TO: CLERKS OF THE COURT
DISTRICT ATTORNEY
915 LAFAYETTE B.L.V.D.
BRIDGEPORT CT. 06604.

TO: ATTORNEY AT LAW:
MR. WALTER D. HUSSEY
92-94 HUNGERFORD ST.
HARTFORD, CT. 06106

DATED ON 4-20-2005

X _____
REYNALDO ARROYO
1153 EAST ST. SOUTH
SUFFIELD, CT. 06080.