-1-

DATE: 4-20-2005.

<u>DISTRICT COURT OF THE STATE OF CONNECTICUT</u>
<u>COUNTY OF FAIRFIELD</u>

<u>PEOPLE OF THE STATE OF CONNECTICUT (USA)</u>
<u>RESPONDENTS</u>

<u>-AGAINST-</u>
<u>DEFENDANT.</u>
<u>REYNALDO ARROYO</u>

FILED 2005 APR 26 P 2:32 U.S. DISTRICT COURT BRIDGEPORT, CONN

INDICTMENT NO.
<u>#3:03-CR-00179-SRU-All</u>

# <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE, THAT DEFENDANT, REYNALDO ARROYO HERBY APPEALS PURSUANT TO THE SUBDIVISIONS TO THE DISTRIC COURT OF THE APPELLATE COURT NEW YORK.

JUDGMENT MADE AND ENTERED BY HONORABLE JUSTICE STEFAN R. UNDERHILL, CONVICTING REYNALDO ARROYO OF THE CLASS 18:922G UNLAWFUL TRANSPORT OF FIREARMS ECT. AND THAT THIS APPEAL IS TAKEN FROM SAID JUDGMENT AND FROM EACH AND EVERY PART THEREOF AND EVERY INTERMEDIATE ORDER MADE THEREIN.

DATED: ON 4-20-2005.

X REYNALDO ARROYO
1153 EAST ST SOUTH
SUFFIELD CT. 06080.

-2-

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS, PRE PAID POST/OR HAND DELIVERED ON THIS 20TH DAY OF APRIL 2005. TO THE FOLLOWING PARTIES ON RECORD:

X _____
REYNAIDO ARROYO

TO: HONORABLE JUSTICE:
STEFAN R. UNDERHILL
915 LAFAYETTE B.L.V.D
BRIDGEPORT CT. 06604.

TO: CLERK'S OF THE COURT
DISTRICT ATTORNEY
915 LAFAYETTE B.L.V.D.
BRIDGEPORT CT. 06604

TO: ATTORNEY AT LAW:
MR. WAITER D. HUSSEY
92-94 HUNGERFORD ST.
HARTFORD, CT. 06106

DATED ON 4-20-2005

X _____
REYNAIDO ARROYO
1153 EAST ST. SOUTH
SUFFIELD, CT. 06080.