-1-

NOTICE OF MOTION TO PROCEED
AS A POOR PERSON.

DATE: 4-20-2005.

FILED
2005 APR 29 P 2: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DISTRICT COURT OF THE
STATE OF CONNECTICUT.
APPELLATE DIVISION

PEOPLE OF THE STATE OF CONNECTICUT (U.SA)
RESPONDENTS,

- AGAINST -

DEFENDANT, APPELLANT.       INDICTMENT NO.
REYNALDO ARROYO            # 3:03-CR-00179-SRU-AU

## NOTICE OF MOTION TO PROCEED AS A POOR PERSON UPON APPEAL

PLEASE TAKE NOTICE, THAT UPON THE AFFIDAVIT OF REYNALDO ARROYO, SWORN TO ON THE 20TH DAY OF APRIL 2005, A MOTION WILL BE MADE AT A TERM OF THIS COURT, FOR AN ORDER PERMITTING DEFENDANT-APPELLANT TO PROSECUTE THIS APPEAL FROM THE JUDGMENT ENTERED IN THIS ACTION ON THE 30TH DAY OF JUNE 2004 AS A POOR PERSON, DIRECTING THAT HE BE FURNISHED A COPY OF THE STENOGRAPHIC TRANSCRIPT OF THE TRIAL OF ACTION WITHOUT FEE, AND GRANTING PERMISSION TO APPEAL ON THE

-2-

ORIGINAL RECORD, UPON THE GROUND THAT SAID DEFENDANT-APPELLANT HAS INSUFFICIENT INCOME AND PROPERTY TO ENABLE HIM TO PAY THE COSTS, FEES AND EXPENSES TO PROSECUTE SAID APPEAL AND FOR SUCH OTHER AND FURTHER RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

DATED: 4-20-2005
1153 EAST ST. SOUTH
SUFFIELD, CT. 06080.

X _____
REYNALDO ARROYO
DEFENDANT-APPELLANT.

# CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS, PRE PAID POST /OR HAND DELIVERED ON THIS 20TH DAY OF APRIL 2005. TO THE FOLLOWING PARTIES ON RECORD:

x  REYNALDO ARROYO

TO: HONORABLE JUSTICE:
STEFAN R. UNDERHILL
915 LAFAYETTE B.LV.D.
BRIDGEPORT CT. 06604.

TO: CLERKS OF THE COURT
DISTRICT ATTORNEY
915 LAFAYETTE B.L.V.D.
BRIDGEPORT CT. 06604.

TO: ATTORNEY AT LAW:
M.R. WALTER D. HUSSEY
92-94 HUNGERFORD ST.
HARTFORD, CT. 06106

DATED ON: 4-20-2005

x REYNALDO ARROYO
1153 EAST ST. SOUTH
SUFFIELD, CT. 060801