DATE: 4-20-2005   -1-

NOTICE OF MOTION FOR EXTENSION OF TIME IN WICH TO TAKE AN APPEAL PURSUANT TO CONNECTICUT CRIM. PROC. LAW.

FILED
2005 APR 29 P 2:54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DISTRICT COURT OF THE STATE OF CONNECTICUT
APPELLATE DIVISION NEW YORK DEPARTMENT.

PEOPLE OF THE STATE OF CONNECTICUT (U.SA)
   PLAINTIFFS - RESPONDENTS;

   — AGAINST —                INDICTMENT NO.
DEFENDANT - APPELLANT.        #3:03-CR-00179-SRU-All
REYNALDO ARROYO,

NOTICE OF MOTION FOR EXTENSION OF TIME TO APPEAL PURSUANT TO CRIMINAL PROCEDURE LAW.

PLEASE TAKE NOTICE, THAT UPON THE ANNEXED AFFIDAVIT OF REYNALDO ARROYO SWORN ON THE 20TH DAY OF APRIL 2005 AND UPON ALL THE PROCEEDINGS IN THIS CASE, A MOTION PURSUANT TO SECTIONS OF THE CRIMINAL PROCEDURE LAW OF THE STATE OF CONNECTICUT IS MADE TO THIS HONORABLE COURT FOR AN ORDER REINSTATING THE TIME FOR TAKING AN APPEAL FROM THE JUDGMENT/SENTENCE/ORDER IMPOSED BY THE DISTRICT COURT OF THE COUNTY OF

FAIRFIELD RENDERED ON THE <u>30TH</u> DAY OF <u>JUNE</u> 2004. UPON CONVICTION OF THE ABOVE NAMED DEFENDANT OF THE CRIME DOCK # <u>3:03-CR-00179-SRU-ALL</u>, UPON THE GROUND THAT SAID DEFENDANT FAILURE TO FILE A NOTICE OF APPEAL IN A TIMELY FASHION RESULTED FROM THE CONDUCT OF ATTORNEY M.R. WALTER D. HUSSEY, ADDRESS 92-94 HUNGERFORD ST. HARTFORD, CT. 06106 TEL # 860-247-1331 FAX # 860-722-9671, STATING ON RECORD THAT ABOVE ATTORNEY IN FAILING TO FILE A NOTICE OF APPEAL AS DEFENDANT HAD REQUESTED, AND FOR SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY DEEM JUST AND PROPER

DATED: 4-20-2005.

X_____
DEFENDANT-APPELLANT

TO: HONORABLE JUSTICE
    STEFAN R. UNDERHILL
    915 LAFAYETTE BOULEVARD
    BRIDGEPORT, CT. 06604.

TO: CLERK OF THE COURT
    DISTRICT COURT
    APPELLATE COURT

TO: DISTRICT ATTORNEY

# CERTIFICATION

-3-

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING WAS MAILED VIA FIRST CLASS, PRE PAID POST / OR HAND DELIVERED ON THIS 20TH DAY OF APRIL 2005 TO THE FOLLOWING PARTIES ON RECORD.

X REYNALDO ARROYO

TO: HONORABLE JUSTICE:
STEFAN R. UNDERHILL
915 LAFAYETTE B.L.V.D.
BRIDGEPORT CT. 06604.

TO: CLERKS OF THE COURT:
DISTRICT ATTORNEY
915 LAFAYETTE B.L.V.D.
BRIDGEPORT CT. 06604.

TO: ATTORNEY AT LAW:
M.R. WALTER D. HUSSEY
92-94 HUNGERFORD ST.
HARTFORD, CT. 06106

DATED ON: 4-20-2005

X REYNALDO ARROYO
1153 EAST ST. SOUTH
SUFFIELD, CT 06080.