UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REYNALDO ARROYO | CRIMINAL NO.<br>3:03cr179 (SRU) |

## ORDER APPOINTING COUNSEL

On November 29, 2004, Reynaldo Arroyo was sentenced principally to 51 months' incarceration. Judgment entered on November 30, 2004. Nearly five months later, on April 26, 2005, the defendant filed, *pro se*, a motion for extension of time to file a notice of appeal and a motion to proceed *in forma pauperis*. In essence he argues that his failure to file a timely notice was the result of ineffective assistance of his retained counsel. In light of this argument and the defendant's financial inability to employ new counsel, the court understands the defendant to be seeking appointment of new counsel. Representation by counsel is particularly appropriate in this case where the defendant's argument for why he should be granted an appeal, though potentially meritorious, is not straightforward. *See United States v. Fuller*, 332 F.3d 60, 65 (2d Cir. 2003) (explaining circumstances under which ineffective assistance of counsel may be grounds for a district court issuing a new judgment from which an, otherwise untimely, appeal may be taken).

Accordingly, pursuant to the Criminal Justice Act of 1964 as amended, the Office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment. Counsel is directed to file an appearance on or before May 25, 2005.

It is so ordered.

Dated at Bridgeport, Connecticut, this 18th day of May 2005.

        /s/ Stefan R. Underhill
          Stefan R. Underhill
          United States District Judge