# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  **APPEARANCE**

Reynaldo Arroyo                 CASE NO.: 3:03CR179(SRU)

*To the Clerk of this Court and all parties of record:*

> *Enter my Appearance as counsel in this case for:*

**REYNALD ARROYO**

*Date:* May 26, 2005

_____
*Signature*

*Bar No.:* ct01724

Paul F.  Thomas_____
*Print Name*

OFFICE OF THE FEDERAL DEFENDER____
*Firm Name*

2 WHITNEY AVENUE, SUITE 300_____
*Address*

NEW HAVEN    CT      06510_____
*City*            *State*      *Zip Code*

(203) 498-4200_____
*Phone Number*

*I hereby certify that copies have been mailed/hand-delivered to counsel of record as listed below, this date:  May 26, 2005*

*Thomas Daily, Asst. United States Attorney, United States Attorney's Office, 450 Main Street, Hartford, CT 06103, and to Walter Hussey, 92-94 Hungerford Street, Hartford, CT 06106.*

Paul F.  Thomas