UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:03CR179(SRU) |
| | : | |
| REYNALDO ARROYO | : | JULY 6, 2005 |

UNITED STATES' MOTION FOR EXTENSION OF TIME TO
FILE A RESPONSE TO DEFENDANT'S MOTION TO VACATE JUDGMENT

The United States of America, through the undersigned counsel, hereby respectfully

requests an extension of time of 15 days to respond to the Defendant's Motion to Vacate

Judgment, filed June 15, 2005.  In support of this motion, undersigned counsel avers the

following:

On June 30, 2004, after a three-day trial, a Bridgeport Federal jury returned a guilty

verdict, finding the defendant Reynaldo Arroyo guilty of possession of a firearm by a convicted

felon, in violation of 18 U.S.C. § 922(g).  Judgment entered on November 30, 2004, imposing a

sentence of 51 months imprisonment and three years supervised release.  On April 26, 2005,

almost five months after entry of Judgment, the defendant filed a pro se Motion for Extension of

Time to File a Notice of Appeal.

On May 17, 2005, the United States filed a Memorandum in Opposition to the

Defendant's Motion for Extension of Time to File an Appeal.  On May 18, 2005, the Court

entered an order appointing counsel, specifically the Office of the Federal Public Defender, to

represent the defendant in his attempt to file an untimely Notice of Appeal.  On June 15, 2005,

the defendant filed his Motion to Vacate Judgment, requesting that the Court vacate the existing

Judgment, in order to enter a new Judgement from which a timely appeal may be taken, pursuant

to the reasoning of United States v. Fuller, 332 F.3d 60, 65-66 (2d Cir. 2003).

The United States of America has been researching the issues presented by the Fuller

opinion, and considering its implication as it pertains to this case as well as all other cases,

particularly in light of the "usual rule that a court may not normally circumvent appellate time

limits by entering a new Judgement."  Fuller, 332 F.3d at 65, citing Mendes, Jr. International Co.

v. Banco do Brasil, S.A., 215 F.3d 306, 312-15 (2d Cir. 2000).  This case would appear to be

distinguishable from Fuller, in that defense counsel in Fuller confirmed that he was expressly

directed to file an appeal and failed to do so, where it is the Government's understanding in this

instance, from preliminary discussions with defendant's trial counsel, Walter Hussey, Esq., that

such was not the case here.  Part of the cause for the delay in the Government's formulating a

response to the defendant's motion has been the Government's efforts to obtain an affidavit from

Attorney Hussey, limited to his discussions with the defendant in regard to his representation

after sentencing and directions in regard to appeal.  Counsel for the defendant has indicated that

he has no objection to the Government obtaining an affidavit limited to those issues.  Attorney

Hussey has indicated that the defendant's affidavit in support of his motions is inaccurate in

regard to those issues.

Undersigned counsel has discussed this motion for an extension of this time period with

counsel for the defendant, Paul Thomas, Esq., who indicates that he does not object to the

request.  This is the Government's first motion for an extension of this filing deadline.

Wherefore, the Government respectfully requests an extension of time of 15 days, until July 21, 2005, in order to file a response to the defendant's Motion to Vacate Judgment.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


BY:

ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct08345

FOR:   THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct03467
450 Main Street
Hartford, CT 06103
(860) 947-1101

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed this 6th day of July, 2005, to:

Paul Thomas, Esq.
Assistant Federal Public Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

Walter J. Hussey, Jr., Esq.
142 Jefferson Street
Hartford, CT 06106

BY:     _____

ALEX V. HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

FOR:   THOMAS V. DAILY
ASSISTANT UNITED STATES ATTORNEY