## AFFIDAVIT

I, Walter D. Hussey, of 94 Hungerford Street, Hartford, CT, being duly deposed do solemnly swear to the following:

1. The undersigned counsel was retained by Reynaldo Arroyo to represent him in United States of America v. Reynaldo Arroyo.

2. Mr. Arroyo was tried and convicted after a full trial.

3. Subsequent to his conviction and prior to his sentencing, Mr. Arroyo indicated to the undersigned his intention to retain new counsel for purposes of an appeal.

4. Undersigned counsel met personally with Mr. Arroyo to discuss his pre-sentence report prior to Mr. Arroyo's sentencing.

5. At the aforementioned meeting, Mr. Arroyo was unequivocal in his intention to terminate the undersigned as his counsel. Furthermore, Mr. Arroyo indicated his father had retained new counsel for purposes of an appeal. Mr. Arroyo was quite candid and profane in discussing his opinion of the undersigned's ability to practice law.

6. On the day of Mr. Arroyo's sentencing, Mr. Arroyo was again unequivocal in his desire to terminate the undersigned's representation of Mr. Arroyo.

7. Mr. Ramon Arroyo, Reynaldo's father, indicated to the undersigned that new counsel had been retained to represent his son for purposes of an appeal. Moreover, Mr. Arroyo requested certain documents, which were provided to him, for the express purposes of an appeal.

8. At no point whatsoever after the verdict did Mr. Arroyo indicate to the undersigned a desire for the undersigned to effectuate an appeal. To the contrary, Mr. Arroyo and his father were very clear in their stated intention of terminating the undersigned as well as retaining new counsel for the purposes of appeal.

/s/ WALTER D. HUSSEY

SWORN TO AND PERSONALLY APPEARED BEFORE ME, WALTER D. HUSSEY, THIS 21ST DAY OF JULY, 2005.

_____
Robert F. Pickering Esq.