UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR179(SRU) |
| REYNALDO ARROYO | : | November 23, 2005 |

### MOTION TO DISCLOSE PRESENTENCE REPORT

In order to permit counsel to effectively represent the defendant at further proceedings in the district court pursuant to the order of the court of appeals dated October 18, 2005, the defendant hereby moves for an order directing the United States Probation Office to disclose to his counsel a copy of the Presentence Report and any addenda that may have been prepared. In support of this motion, the defendant states the following:

(1) By indictment returned June 19, 2003, he was charged with unlawful possession of a firearm by a felon in violation of 18 U.S.C. § 922(g).

(2) At his presentment and arraignment on July 17, 2003, the undersigned counsel was appointed to represent Mr. Arroyo. Mr. Arroyo pled not guilty, and the case went to trial on November 3, 2003. The jury returned a guilty verdict on November 6, 2003.

(3) On January 27, 2004, the Court granted defendant's motion for new trial.

(4) On May 5, 2004, retained counsel filed an appearance on behalf of Mr. Arroyo and the Court granted a motion to withdraw as counsel by the undersigned attorney on May 12, 2004.

(5) The case went to trial on June 28, 2004, and the jury returned a guilty verdict on June 30, 2004.

(6) On November 29, 2004, the Court sentenced Mr. Arroyo to 51 months imprisonment, 5 years supervised release and a fine of $1200

(7) Counsel for Mr. Arroyo did not file a timely notice of appeal, and Mr. Arroyo filed a handwritten pro se Motion for Leave to Proceed in Forma Pauperis, a Motion for Extension of Time to File a Notice of Appeal and a Notice of Appeal on April 26, 2005.

- 2 -

(8) On May 18, 2005, the Court entered an Order Appointing Counsel, specifically appointing the Office of the Federal Defender to represent Mr. Arroyo.

(9) The defendant then moved to vacate the judgment, and this Court denied that motion by written ruling dated September 1, 2005.

(10) At the court of appeals, the defendant filed a motion to dismiss the appeal and to remand for re-sentencing and entry of a new judgment.

(11) By order dated October 18, 2005, the court of appeals granted the defendant's motion.

WHEREFORE, so that counsel - - who did not represent Mr. Arroyo at sentencing - - can properly represent Mr. Arroyo at further proceedings in the district court, the defendant requests that this Court order the United States Probation Office to disclose to counsel the Presentence Report and any addenda.

Respectfully submitted,

THE DEFENDANT,
REYNALDO ARROYO

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: November 23, 2005

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion to Disclose Presentence Report has been mailed to Thomas V. Daily, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 23rd day of November 2005.

Paul F. Thomas