UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:01CR179(SRU) |
| REYNALDO ARROYO : | January 9, 2006 |

## MOTION TO MODIFY SCHEDULING ORDER

The defendant, Reynaldo Arroyo, hereby moves to extend the deadline, from January 6 to January 17, 2006 for filing his submission concerning whether the Court should have imposed a non-trivially different sentence in this case had it known at the time of sentencing that the Sentencing Guidelines were advisory. In support of this motion, the defendant states:

1. By one count indictment, Mr. Arroyo was charged with possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1).

2. Following a jury trial, Mr. Arroyo was convicted on November 6, 2003. This Court granted defendant's motion for new trial, and Mr. Arroyo was convicted again after re-trial on June 30, 2004. On November 29, 2004, the Court sentenced Mr. Arroyo to imprisonment for a term of 51 months.

3. By Order dated October 18, 2005, the Court of Appeals granted the defendant's motion to dismiss defendant's appeal, to vacate the judgment and to remand for entry of a new judgment and for re-sentencing in light of United States v. Booker, 543 U.S. ___, 125 S. Ct. 738 (2005), and United States v. Crosby, 397 F. 3d 103 (2d Cir. 2005).

4. By Scheduling Order dated December 6, 2005, this Court set January 6, 2006 as the deadline for counsel "to file written simultaneous submissions concerning whether I should have imposed a non-trivially different sentence[.]"

5. Through oversight, counsel for Mr. Arroyo was not aware of the Scheduling Order until January 9, 2006, when he received the government's written submission and read on the first page a reference to the Scheduling Order. At that point, counsel discontinued reading the memorandum and called counsel to the government to advise him of the oversight, to ask his consent to a motion to extend

- 2 -

the time for filing a written submission and to offer not to read the government's submission before filing the defendant's memorandum. Counsel for the government graciously consented to the proposed motion for an extension of time.

                                Respectfully submitted,

                                THE DEFENDANT,
                                REYNALDO ARROYO

                                THOMAS G. DENNIS
                                FEDERAL DEFENDER

Dated: January 9, 2006

Paul F. Thomas
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct01724
(203) 498-4200

### CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing MOTION TO MODIFY SCHEDULING ORDER has been mailed to Thomas V. Daily, Esq., Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 9th day of January 2006.

Paul F. Thomas