MEMORANDUM

TO:     U.S. Probation Office

FROM:   Alice Montz

DATE:   May 17, 2007

RE:     3:03CR179 (SRU

        Presentence Report returned to U.S. Probation Office as
        to REYNALDO ARROYO

****************************************************************

Ten days have passed since the defendant was sentenced and no appeal has been filed. Therefore, we are returning the original Presentence Report to you pursuant to Local Rule 32(j).

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.


Enclosure:      ORIGINAL PRESENTENCE REPORT

Received by:    _____

Date:           _____